# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 441 WAL 2019

            Respondent           :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                       :

THOMAS AUGUST RABOIN,            :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 11th day of May, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Where the Commonwealth is permitted a near blanket introduction of videotaped forensic examination of a child victim in a sexual assault case, during rebuttal, and thus not contemporaneously with any limited reference to said forensic examination by the defense, where numerous unfairly prejudicial statements are contained in the forensic examination, is such appropriate under the rule of completeness set for in Pa.R.E. 106?